THE R. BRAND COMPANY v. THE ESTATE OF CHARLES H. SUTHERLAND, DECEASED.

*Sale—Intoxicating liquors.*

This case is ruled by *Gambs v. Estate of Sutherland, ante,* 355.

Case made from Benzie. (Aldrich, J.) Argued February 15, 1894. Decided July 5, 1894.

Appeal from the allowance of a claim against the estate of the decedent. Defendant assigns error. Affirmed. The facts are stated in the opinion, and in *Gambs v. Estate of Sutherland, ante,* 355.

*Manly C. Dodge,* for appellant.

*N. A. Parker,* for claimant.

MONTGOMERY, J. The record in the present case is not materially different from that in the case of *Gambs v. Sutherland Estate, ante,* 355. The statement of facts proven is more specific that the claimant had knowledge of the arrangement between Charles and George Sutherland; but there is no finding of fact showing that the claimant did any act, other than the sale of the liquors, which was calculated to assist in the evasion of the statute by the deceased.

The judgment will be affirmed, with costs.

McGRATH, C. J., GRANT and HOOKER, JJ., concurred. LONG, J., did not sit.